678 So.2d 537 (1996)
Warren RANGE
v.
Doug MOREAU, District Attorney.
No. 96-CP-1607.
Supreme Court of Louisiana.
September 3, 1996.
Writ granted. The district attorney is ordered to provide relator with an estimate of the costs of reproducing public records relator has requested and to which relator is entitled. La. Const. art. XII, Sec. 3; R.S. 44:31; State v. Billiot, 95-0489 (La. 5/31/96), 673 So.2d 1021; State ex rel. Revere v. Court of Appeal, 95-0549 (La. 5/31/96), 673 So.2d 1020; State ex rel. Williams v. Whitley, 94-2693 (La. 2/9/95), 649 So.2d 414; Elliott v. District Attorney, 94-1804 (La.App. 1st Cir. 9/14/95), p. 6, 664 So.2d 122, 125; Foster v. Kemp, 94-1228, p. 7-8 (La.App. 1st Cir. 6/23/95), 657 So.2d 681, 686-87; Marler v. Reed, 93-1772 (La.App. 1st Cir. 6/24/94), 638 So.2d 1164, 1167; see also R.S. 44:34; Fussell v. Reed, 95-0398, p. 3-4 (La.App. 1st Cir. 11/9/95), 664 So.2d 1214, 1216.
JOHNSON, J., not on panel.